# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**BENJAMIN HOPPE,**

        **Plaintiff,**

        **v.**                    **TELEPHONE STATUS CONFERENCE**
                                           **Case No. 25-cv-839**

**RR DONNELLEY & SONS COMPANY,**

        **Defendant.**

| | |
|---|---|
| HONORABLE BYRON B. CONWAY, presiding | Time Called:  9:32am |
| Proceeding Held:  June 9, 2026 | Time Concluded:  9:41am |
| Deputy Clerk:  Jenny | Tape:  Zoom 060926 |

**<u>Appearances</u>:**

    **Plaintiff:**      David Potteiger

    **Defendant:**    Noah Finkel

Court advises of joint motion for settlement that was filed last month.  Court questions the nature of the case and why this case moved quicker than others.

Atty Potteiger gives general nature of case and explains that these types of cases track faster than others.

Court questions award amount and reasoning for this amount that is higher than the median.

Atty Potteiger responds.

Court questions discovery, Atty Potteiger advises there was no formal discovery and explained process.

Court questions why the settlement amount is warranted.

Atty Potteiger responds.

Court questions Atty Pottieger if there is any addtl briefing needed.

Atty Potteiger advises only if court has concerns about the award amount, then they would like the opportunity to supplement the case.

Atty Finkel has nothing addtl to add.

Court takes everything under advisement at this time will get something out to the parties.